# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  15-cv-01022-REB-KMT

HEALTHCARE PARTNERS COLORADO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CLINICAL RESEARCH ADVANTAGE, INC., an Arizona corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#39][1] filed March 21, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated; and

3. That this case is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated March 22, 2016, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge